IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

                                                                       MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before March 16, 2017, if settlements are not finalized and dismissal orders are not submitted on or before March 16, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual cases listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 1721, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

7778540 v1

**EXHIBIT A  MOTLEY RICE (1) LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 12-cv-02962 | CARPENTER, Dionis and Dennis Carpenter vs. Boston Scientific, Inc. and John Doe Corporations 1-50 (fictitious) |
| 12-cv-02969 | COOK, Vicky and David Cook vs. Boston Scientific, Inc. and John Doe Corporations 1-50 (fictitious) |
| 12-cv-03204 | BROWN, Nancy vs. Boston Scientific Corp., (d/b/a Mansfield Scientific, Inc., Microvasive Inc.) and John Doe Corporations 1-50 (fictitious) |
| 12-cv-03317 | SMITH, Sandra and John Smith vs. Boston Scientific, Inc. and John Doe Corporations 1-50 (fictitious) |
| 12-cv-07827 | MOUNT, Cathleen and Steven Mount vs. Boston Scientific Corporation |
| 12-cv-09003 | READING, Sandra vs. Boston Scientific Corporation |
| 12-cv-09591 | HALL, Carole and Melvin Hall vs. Boston Scientific Corporation |
| 12-cv-09597 | BARCOME, Carol and Lawrence Barcome vs. Boston Scientific Corporation |
| 12-cv-09598 | HARRIS, Jennifer and Christopher Harris vs. Boston Scientific Corporation |
| 13-cv-01834 | FIESCHKO, Lillian and Frank Fieschko vs. Boston Scientific Corporation |
| 13-cv-02841 | HAMILTON, Laurette vs. Boston Scientific Corporation |
| 13-cv-03424 | STEPHENS, Felicia vs. Boston Scientific Corporation |
| 13-cv-03998 | SMITH, Karen and Michael Smith vs. Boston Scientific Corporation |
| 13-cv-04009 | AYERS, Sandra and Carmen Ayers vs. Boston Scientific Corporation |

7778540 v1

Case 2:15-cv-06743 Document 1 Filed 10/13/16 Page 4 of 14

| | |
|---|---|
| 13-cv-06059 | GARRISON, Stephanie and David Garrison vs. Boston Scientific Corporation |
| 13-cv-06060 | RODERICK, Michelle and Michael Roderick vs. Boston Scientific Corporation |
| 13-cv-06061 | MORALES, Barbara vs. Boston Scientific Corporation |
| 13-cv-06064 | RICE, Patricia and Rex Rice vs. Boston Scientific Corporation |
| 13-cv-09544 | SHORT, Vera vs. Boston Scientific Corporation |
| 13-cv-09545 | RABIDEAU, Margaret vs. Boston Scientific Corporation |
| 13-cv-09802 | SOTIRAKOS, Maria and Michael Sotirakos vs. Boston Scientific Corporation |
| 13-cv-10053 | STOCKARD, Stephanie and Erskine Stockard vs. Boston Scientific Corporation |
| 13-cv-11695 | TOON, Regina vs. Boston Scientific Corporation |
| 13-cv-22652 | FESLER, Mary vs. Boston Scientific Corporation |
| 13-cv-22655 | SCARBORO, Jody and Scotty Scarboro vs. Boston Scientific Corporation |
| 13-cv-22657 | HELINSKI, Roxanne and Terry Helinski vs. Boston Scientific Corporation |
| 13-cv-22661 | PATTON-BROWN, Victoria and Lee Brown vs. Boston Scientific Corporation |
| 13-cv-22662 | GRAHAM, Glenda vs. Boston Scientific Corporation |
| 13-cv-23028 | VUKAS, Melissa vs. Boston Scientific Corporation |
| 13-cv-23031 | RIOS, Terry and Wayne Budgell vs. Boston Scientific Corporation |

7778540 v1

| 13-cv-23320 | RICE, Angela and Curt Rice vs. Boston Scientific Corporation |
|---|---|
| 13-cv-23323 | DAVIS, Sharon vs. Boston Scientific Corporation |
| 13-cv-23326 | SQUIBB, Lisa vs. Boston Scientific Corporation |
| 13-cv-23327 | STOOKEY, Theresa vs. Boston Scientific Corporation |
| 13-cv-23331 | HARLOW, Judy vs. Boston Scientific Corporation |
| 13-cv-23333 | RUSCHEINSKY, Susan and Thomas Mueller vs. Boston Scientific Corporation |
| 13-cv-23818 | MONTAGUE, Myrtle vs. Boston Scientific Corporation |
| 13-cv-23822 | SIMMONS, Sandra vs. Boston Scientific Corporation |
| 13-cv-23823 | STRINGER, Candace and Vance Stringer vs. Boston Scientific Corporation |
| 13-cv-23827 | DUNLAP, Elizabeth and John Dunlap vs. Boston Scientific Corporation |
| 13-cv-23828 | ROUSSEAU, Lillian and Glen Rousseau vs. Boston Scientific Corporation |
| 13-cv-24590 | HALL, Nancy vs. Boston Scientific Corporation |
| 13-cv-24601 | RIDDLE, Tina vs. Boston Scientific Corporation |
| 13-cv-25301 | TAYLOR, Nechole and Walter Taylor vs. Boston Scientific Corporation |
| 13-cv-25306 | TORREZ, Elizabeth and Robert Torrez vs. Boston Scientific Corporation |
| 13-cv-25307 | THOMASON, Cassandra and James Thomason, Jr. vs. Boston Scientific Corporation |
| 13-cv-25309 | SWEENEY, Diana vs. Boston Scientific Corporation |

7778540 v1

| 13-cv-25312 | STEELE, Donna and Mark Steele vs. Boston Scientific Corporation |
| --- | --- |
| 13-cv-25314 | SKOBEL, Lottie and James Skobel vs. Boston Scientific Corporation |
| 13-cv-25986 | BUCHANAN, Jolinda and Robert Buchanan vs. Boston Scientific Corporation |
| 13-cv-25992 | GAILY, Sherry and Kirk Gailey vs. Boston Scientific Corporation |
| 13-cv-25995 | GAU, Marsha vs. Boston Scientific Corporation |
| 13-cv-25999 | GARCIA, Diane and Ernesto Garcia vs. Boston Scientific Corporation |
| 13-cv-26003 | DAWSON, Nora vs. Boston Scientific Corporation |
| 13-cv-26005 | DAVIS, Sheila and William Davis vs. Boston Scientific Corporation |
| 13-cv-26934 | TILLIE, Betty Pigatt and Edward Tillie vs. Boston Scientific Corporation |
| 13-cv-26938 | GWIZDALSKI, Robin and Steven Gwizdalski vs. Boston Scientific Corporation |
| 13-cv-26943 | VEGA, Donna and Wilfredo Vega vs. Boston Scientific Corporation |
| 13-cv-27780 | TULL, Beverly vs. Boston Scientific Corporation |
| 13-cv-27781 | THIVIERGE, Virginia vs. Boston Scientific Corporation |
| 13-cv-27782 | PANNELL, Christina and Adam Pannell vs. Boston Scientific Corporation |
| 13-cv-27784 | EDGEMAN, Mary and Wallace Edgeman vs. Boston Scientific Corporation |
| 13-cv-27789 | ROGERS, Kamelia vs. Boston Scientific Corporation |
| 13-cv-27790 | DUNCAN, Donita vs. Boston Scientific Corporation |
| 13-cv-28283 | MOORE, Tania Nicole vs. Boston Scientific Corporation |

7778540 v1

| 13-cv-28497 | TITUS, Susan and William Titus, Jr. vs. Boston Scientific Corporation |
| --- | --- |
| 13-cv-29194 | FRASCONA, Diane and Jerry Frascona, Sr. vs. Boston Scientific Corporation |
| 13-cv-29198 | SALATA, Grace vs. Boston Scientific Corporation |
| 13-cv-29202 | OSBORNE, Nellie and Samuel Osborne vs. Boston Scientific Corporation |
| 13-cv-29284 | RACHEL, Patricia and Loyd Rachel vs. Boston Scientific Corporation |
| 13-cv-29937 | HARDEN, Angela vs. Boston Scientific Corporation |
| 13-cv-29940 | HARRIS, Martha vs. Boston Scientific Corporation |
| 13-cv-29945 | CONCORD, Nancy and Rayburn Concord vs. Boston Scientific Corporation |
| 13-cv-30431 | PHILLIPS, Debra vs. Boston Scientific Corporation |
| 13-cv-30436 | REDEKOP, Tracy and Gene Hulford vs. Boston Scientific Corporation |
| 13-cv-30457 | PARRISH, Brandy and Barry Parrish vs. Boston Scientific Corporation |
| 13-cv-30468 | FLICK, Theresa vs. Boston Scientific Corporation |
| 13-cv-30473 | GLASSBURN, Nancy vs. Boston Scientific Corporation |
| 13-cv-31005 | STUCZYNSKI, Cecilia vs. Boston Scientific Corporation |
| 13-cv-31015 | NORLIN, Nicole vs. Boston Scientific Corporation |
| 13-cv-31022 | SMITH, Cherry vs. Boston Scientific Corporation |
| 13-cv-31025 | GRISHAM, Geneva vs. Boston Scientific Corporation |
| 13-cv-31026 | SPANN, Barbara and James Spann vs. Boston Scientific Corporation |

7778540 v1

| 13-cv-31038 | HAYMON, Mona vs. Boston Scientific Corporation |
|---|---|
| 13-cv-31045 | SIPLE, Terri and Randy Siple vs. Boston Scientific Corporation |
| 13-cv-32937 | ROSSITER, Thelma vs. Boston Scientific Corporation |
| 13-cv-32939 | CARNEY, Robin and Larry Carney vs. Boston Scientific Corporation |
| 13-cv-32941 | CAROTHERS, Janet and Thomas Carothers vs. Boston Scientific Corporation |
| 13-cv-32942 | DANIEL, Crystal vs. Boston Scientific Corporation |
| 13-cv-32946 | AUSTIN, Wanda vs. Boston Scientific Corporation |
| 13-cv-32950 | BENEDETTO, Gerry vs. Boston Scientific Corporation |
| 14-cv-00896 | ROHRABAUGH, Martha and Jack Rohrabaugh vs. Boston Scientific Corporation |
| 14-cv-00897 | EILBECK, Katherine vs. Boston Scientific Corporation |
| 14-cv-00908 | EILAND, Lucile Annette and James Eiland vs. Boston Scientific Corporation |
| 14-cv-00919 | HENRY, Linda and George R. Henry vs. Boston Scientific Corporation |
| 14-cv-00929 | SCHULTE, Tracy vs. Boston Scientific Corporation |
| 14-cv-00953 | PHINAZEE, Robyn Elaine vs. Boston Scientific Corporation |
| 14-cv-00961 | ROMANO, Jennifer and Mario Romano vs. Boston Scientific Corporation |
| 14-cv-00963 | SOSA, Josephine and Mario Sosa vs. Boston Scientific Corporation |
| 14-cv-01943 | MONROE, Cheryl vs. Boston Scientific Corporation |

7778540 v1

| 14-cv-01959 | TODD, Vicky L. and Edmond D. Todd vs. Boston Scientific Corporation |
| --- | --- |
| 14-cv-01988 | RANDOLPH, LeAndra and Ronald Randolph vs. Boston Scientific Corporation |
| 14-cv-02023 | PATE, Phyllis and Michael Pate vs. Boston Scientific Corporation |
| 14-cv-02041 | MORROW, Rose Marie vs. Boston Scientific Corporation |
| 14-cv-02062 | HARRELL, Deborah and William Harrell and Boston Scientific Corporation |
| 14-cv-02501 | RODRIGUEZ, Hilda R. vs. Boston Scientific Corporation |
| 14-cv-02568 | REID, Deanna vs. Boston Scientific Corporation |
| 14-cv-04080 | HERNANDEZ, Lisa vs. Boston Scientific Corporation |
| 14-cv-04103 | PATTERSON, Selina K. vs. Boston Scientific Corporation |
| 14-cv-04108 | ROSS, Shirley J. vs. Boston Scientific Corporation |
| 14-cv-04114 | MURRAH, Judy vs. Boston Scientific Corporation |
| 14-cv-04124 | BRITTON, Mary vs. Boston Scientific Corporation |
| 14-cv-04142 | DIANGELO, Kristina vs. Boston Scientific Corporation |
| 14-cv-04913 | FAIR, Marcia vs. Boston Scientific Corporation |
| 14-cv-04931 | DAVIS, Stephanie vs. Boston Scientific Corporation |
| 14-cv-04953 | SATER, Virginia vs. Boston Scientific Corporation |
| 14-cv-05206 | GILBERT, Gerlinde Romona vs. Boston Scientific Corporation |
| 14-cv-05236 | COLLINS, Tina vs. Boston Scientific Corporation |

| 14-cv-05622 | SHIELDS, Lori vs. Boston Scientific Corporation |
| --- | --- |
| 14-cv-05650 | BATAC, Maria Teresa vs. Boston Scientific Corporation |
| 14-cv-05676 | DOTSON, Sheila vs. Boston Scientific Corporation |
| 14-cv-05693 | DRUSELL, Donna Sue and Jerry Drusell, Sr. vs. Boston Scientific Corporation |
| 14-cv-06244 | PEDIGO, Charlotte and Ruel Parrish Pedigo, Jr. vs. Boston Scientific Corporation |
| 14-cv-06253 | GREATHOUSE, Jenis vs. Boston Scientific Corporation |
| 14-cv-06256 | GREEN, Melissa Diane and Jason Green vs. Boston Scientific Corporation |
| 14-cv-06266 | PRUITT, Alexis vs. Boston Scientific Corporation |
| 14-cv-08003 | ROBINSON, Dolores vs. Boston Scientific Corporation |
| 14-cv-08011 | VAUGHN, Charlotte vs. Boston Scientific Corporation |
| 14-cv-08023 | SELLARO, Krisa Marie vs. Boston Scientific Corporation |
| 14-cv-08029 | SCOTT, Barbara vs. Boston Scientific Corporation |
| 14-cv-08039 | SEIDELMAN, Julie B. and James A. Seidelman vs. Boston Scientific Corporation |
| 14-cv-08043 | TABB, Cynthia Kay and Ronnie Michael Tabb vs. Boston Scientific Corporation |
| 14-cv-08051 | ROWDEN, Maribel and Londell E. Rowden vs. Boston Scientific Corporation |
| 14-cv-08331 | PARSONS, Carol vs. Boston Scientific Corporation |
| 14-cv-08355 | VARELA, Susan vs. Boston Scientific Corporation |
| 14-cv-08363 | MITCHELL, Fady vs. Boston Scientific Corporation |

7778540 v1

| 14-cv-08369 | PERKINS, Marni and Terrence Perkins vs. Boston Scientific Corporation |
| --- | --- |
| 14-cv-08373 | SCHMITT, Elaine vs. Boston Scientific Corporation |
| 14-cv-09444 | FAREIRA, Virginia and Charles Fareira vs. Boston Scientific Corporation |
| 14-cv-16519 | FERRO, Mary vs. Boston Scientific Corporation |
| 14-cv-21255 | BULLARD, Cynthia Ann and Richard Bullard vs. Boston Scientific Corporation |
| 14-cv-21578 | ERDVIG, Birgen and Paul Erdvig vs. Boston Scientific Corporation |
| 14-cv-21855 | PALMER, Sylvia Lucinda and George Palmer vs. Boston Scientific Corporation |
| 14-cv-21891 | RUSSELL, Ruth A. vs. Boston Scientific Corporation |
| 14-cv-24864 | MOORE, Karen vs. Boston Scientific Corporation |
| 14-cv-26836 | DUDLEY, Deloria Diane and Jack Dudley vs. Boston Scientific Corporation |
| 14-cv-26843 | SAGER, Patricia Ann Bowers and Dwayne Sager vs. Boston Scientific Corporation |
| 14-cv-26883 | STEFANIAK, Lavina Rose and Frank J. Stefaniak, Jr. vs. Boston Scientific Corporation |
| 14-cv-27155 | PETERSON, Thelma Ruth and Eric Joseph Peterson vs. Boston Scientific Corporation |
| 14-cv-27350 | DAVIS, Linda vs. Boston Scientific Corporation |
| 14-cv-27614 | ASHMORE, Donna vs. Boston Scientific Corporation |
| 14-cv-27644 | O'HARA, Heather vs. Boston Scientific Corporation |
| 15-cv-00889 | BARNHILL, Donna vs. Boston Scientific Corporation |

7778540 v1

Case WVS 2:15-cv-06743-7 Document 1 Filed 10/13/16 Page 12 of 14

| 15-cv-00892 | OWEN, Sherilee and Richard Owen vs. Boston Scientific Corporation |
| --- | --- |
| 15-cv-00904 | PROCTOR, Elaine and George Sinclair vs. Boston Scientific Corporation |
| 15-cv-01059 | CASTRO, Virginia vs. Boston Scientific Corporation |
| 15-cv-02037 | STUBBLEFIELD, Marsha R. and Harold Stubblefield vs. Boston Scientific Corporation |
| 15-cv-02042 | BEECH, Laree Sharon vs. Boston Scientific Corporation |
| 15-cv-02043 | GRANT, Jean Ann vs. Boston Scientific Corporation |
| 15-cv-02046 | OLDEBEKEN, April Dawn vs. Boston Scientific Corporation |
| 15-cv-02050 | SOX, Vonnie Lynn vs. Boston Scientific Corporation |
| 15-cv-02583 | PITEO, Beverly and Michael J. Piteo vs. Boston Scientific Corporation |
| 15-cv-02584 | RODRIGUEZ, Alma vs. Boston Scientific Corporation |
| 15-cv-02587 | ADCOX, Faith J. and Robert Adcox vs. Boston Scientific Corporation |
| 15-cv-03283 | NEUBEN, Lynn B. vs. Boston Scientific Corporation |
| 15-cv-03285 | PERRIN, Ann vs. Boston Scientific Corporation |
| 15-cv-03286 | SMITHSON, Laurie Lynn and Michael L. Smithson vs. Boston Scientific Corporation |
| 15-cv-03287 | STICKLER, Elizabeth vs. Boston Scientific Corporation |
| 15-cv-03291 | TRACEWICZ, Elzbieta vs. Boston Scientific Corporation |
| 15-cv-03292 | ULLOA, Rosaura and Faustino Rivas vs. Boston Scientific Corporation |
| 15-cv-03293 | VEACH, Anna and William Veach vs. Boston Scientific Corporation |

| 15-cv-03381 | DALTON, Vickie and Ralph Dalton vs. Boston Scientific Corporation |
| --- | --- |
| 15-cv-03880 | CALVIN, Robin and Billey Calvin vs. Boston Scientific Corporation |
| 15-cv-03881 | CICCARELLO, Antonette vs. Boston Scientific Corporation |
| 15-cv-03884 | SMITH, Georgia Dawn and Loren Lee Smith vs. Boston Scientific Corporation |
| 15-cv-03885 | SHEPHERD, Patricia Kay Rentmeester and Eual Earl Shepherd, Jr. vs. Boston Scientific Corporation |
| 15-cv-04171 | ERICKSON, Rhonda K. vs. Boston Scientific Corporation |
| 15-cv-06736 | PULLIAM, Angela and Carlton Pulliam vs. Boston Scientific Corporation |
| 15-cv-06741 | HARDY, Patricia vs. Boston Scientific Corporation |
| 15-cv-06743 | HANNAH, Sarah vs. Boston Scientific Corporation |
| 15-cv-06765 | BEAUMONT, Margaret and Gregory Szewczyk vs. Boston Scientific Corporation |
| 15-cv-06769 | SMITH, Nancy Jane White vs. Boston Scientific Corporation |
| 15-cv-06782 | AUSTIN, Sandra and Bernard Austin vs. Boston Scientific Corporation |
| 15-cv-07239 | GAMBILL, Jamie Elizabeth and John Howell Busbee vs. Boston Scientific Corporation |
| 15-cv-16019 | DUBOSE, Crystal and Steven DuBose vs. Boston Scientific Corporation |
| 15-cv-16077 | RANDOLPH, Sonja and Earl Randolph vs. Boston Scientific Corporation |
| 15-cv-16466 | PLUMMER, Mickey and Patrick Plummer vs. Boston Scientific Corporation |

7778540 v1

Case 2:15-cv-06743 Document 1 Filed 10/13/16 Page 14 of 14

| 15-cv-16468 | GORDON, Teresa vs. Boston Scientific Corporation |
| --- | --- |
| 16-cv-03003 | HASENKAMP, Shannon and Gary Hasenkamp vs. Boston Scientific Corporation |